# United States District Court
# For The Western District of North Carolina
# Statesville Division

ELIZABETH WARD NEWCOMB,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              CASE NO. 5:11CV23

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2012, Order.

                                              Signed: July 2, 2012

*Frank G. Johns, Clerk*
*United States District Court*